**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ANDREW "ANDY" THOMAS,** ) | |
| ) | |
| **PLAINTIFF,** ) | **CASE NO.: 1:21-cv-2519-TWP-MJD** |
| ) | **Judge Tanya Walton Pratt** |
| v. ) | **Magistrate Judge Mark J. Dinsmore** |
| ) | |
| **ooSHIRTS, INC. doing business** ) | |
| **as www.teechip.com, et al.** ) | |
| ) | |
| **DEFENDANTS.** ) | |

**STATUS REPORT AND REQUEST TO SET ASIDE ORDER
DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL**

Plaintiff Andy Thomas, by and through the undersigned counsel, hereby reports to the Court on the status of this matter and requests the Court set aside its Order Directing Filing of Documents Authorizing Dismissal (Doc. 14). Since the Court's Order (Doc. 14), the parties have engaged in settlement negotiations and formulated a mutually agreeable settlement agreement. The parties agreed on settlement terms on May 19, 2022, which Defendant ooShirts, Inc. ("Defendant TeeChip") has failed to honor. Plaintiff intends to file a motion to enforce settlement agreement; however, the terms agreed by the parties contain confidentiality provisions.

Contemporaneous with the filing of this Status Report, Plaintiff has filed a motion requesting leave to file a motion to enforce settlement agreement under seal. As Defendant TeeChip has not fulfilled its obligations in the settlement agreement, this action should not be dismissed. Plaintiff requests the Court set aside its order directing the parties to file dismissal documents by July 1, 2022.

WHEREFORE, Plaintiff requests an order from the Court granting Plaintiff's request to set aside its Order Directing Filing of Documents Authorizing Dismissal (Doc. 14), and all further relief the Court deems just and proper.

Dated: July 1, 2022.                                       Respectfully submitted,

/s/ Oliver Maguire
Oliver P. Maguire, *admitted pro hac vice*
KNIGHT NICASTRO MACKAY LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: 816-708-0322
Facsimile: 816-708-0322
Email: maguire@knightnicastro.com

and

Sean J. Quinn
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6555
Facsimile: 312-360-6520
Email: squinn@freeborn.com
**ATTORNEYS FOR PLAINTIFF
ANDY THOMAS**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 1st day of July 2022 a copy of the foregoing status report was filed using the Court's CM/ECF system, which automatically sends notice to all counsel of record.

/s/ Oliver Maguire
Counsel for Plaintiff