## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW "ANDY" THOMAS, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO.: 1:21-cv-2519-TWP-MJD |
| ) | Judge Tanya Walton Pratt |
| v. ) | Magistrate Judge Mark J. Dinsmore |
| ) | |
| ooSHIRTS, INC. doing business ) | |
| as www.teechip.com, et al. ) | |
| ) | |
| DEFENDANTS. ) | |

### ORDER GRANTING LEAVE TO FILE MOTION UNDER SEAL

COMES NOW Plaintiff Andy Thomas's Motion for Leave to File Motion under Seal before the Court. Plaintiff seeks an order granting him leave to file a motion to enforce settlement agreement, a brief in support of the motion, and exhibits under seal. On review of Plaintiff's Motion and being duly advised the premises therein, the Court grants Plaintiff's Motion for Leave to File Motion Under Seal.

IT IS THEREFORE ORDERED that Plaintiff shall have three (3) days from this Order to file his motion to enforce settlement agreement, brief in support of the motion to enforce settlement agreement, and exhibits.

SO ORDERED.

Dated: _____

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Submitted by:

/s/ Oliver Maguire
Oliver P. Maguire, *admitted pro hac vice*
KNIGHT NICASTRO MACKAY LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: 816-708-0322
Facsimile: 816-708-0322
Email: maguire@knightnicastro.com

and

Sean J. Quinn
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6555
Facsimile: 312-360-6520
Email: squinn@freeborn.com
**ATTORNEYS FOR PLAINTIFF
ANDY THOMAS**