**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ANDREW "ANDY" THOMAS | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO.: 1:21-cv-2519-TWP-MJD |
| | ) | Judge Tanya Walton Pratt |
| v. | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| OoSHIRTS, INC. doing business as www.teechip.com, et al. | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

**JOINT STATUS REPORT AND REQUEST FOR STATUS HEARING**

Defendant, by and through the undersigned counsel, hereby reports to the Court on the status of this matter. Since the Court's Order denying Plaintiff's Motion to File Under Seal (Dkt. 18) and further guidance on filing documents under seal, the parties continue to work toward an agreeable payment plan. While the parties disagree on the formation of a settlement agreement on May 19, 2022, the parties are working to come up with payment terms that accommodate both parties and resolve this matter.

Pursuant to the above, the parties request additional time to finalize settlement terms and to have this matter dismissed. Accordingly, all counsel having conferred, it is requested that this Court set a status hearing in 14 days to discuss the status of settlement. If the parties are able to finalize the settlement terms in the interim, they will file a subsequent status report or the required dismissal in advance of the next status conference.

WHEREFORE, Defendants requests an order from the Court setting a status conference in 14 days for status on settlement.

Dated:	July 14, 2022	Respectfully Submitted,

                                           **GORDON REES SCULLY MANSUKHANI, LLP**

                                           By: */s/ Kelly Milam*
                                           Kelly Milam, Esquire (29020-45)
                                           One North Franklin, Suite 800
                                           Chicago, Illinois 60606
                                           Telephone: 312-565-1400
                                           Facsimile: 312-565-6511
                                           kmilam@grsm.com
                                           *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 14th day of July 2022, a copy of the foregoing was filed using the Court's CM/ECF system, which will automatically send notice to all counsel of record.

/s/ Kelly V. Milam