UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OOSHIRTS, INC., et al., )<br>)<br>Defendants. ) | No. 1:21-cv-02519-TWP-MJD |

**SCHEDULING ORDER
HEARING
HON. MAGISTRATE JUDGE MARK J. DINSMORE**

Plaintiff's Request to Set Aside Order Direction Filing of Documents Authorizing Dismissal [Dkt. 16] and Defendants' Request for Status Hearing [Dkt. 19] are set for an in-person hearing on **Tuesday, August 9, 2022 at 1:00 p.m. (Eastern), in Courtroom 243,** United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  The parties are ordered to appear by their counsel of record.

SO ORDERED.

Dated:  21 JUL 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.