IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW "ANDY" THOMAS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO.: 1:21-cv-2519-TWP-MJD |
| | ) | Judge Tanya Walton Pratt |
| v. | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| ooSHIRTS, INC. doing business | ) | |
| as www.teechip.com, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Pursuant to Local Rule 5-11(d)(1), Plaintiff Andrew Thomas, by and through the undersigned counsel, hereby identifies the person filing the document.

    Oliver P. Maguire, *admitted pro hac vice*
    KNIGHT NICASTRO MACKAY LLC
    304 W. 10th Street
    Kansas City, Missouri 64105
    Telephone: 816-708-0322
    Facsimile: 816-396-6233
    Email: maguire@knightnicastro.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW "ANDY" THOMAS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO.: 1:21-cv-2519-TWP-MJD |
| | ) | Judge Tanya Walton Pratt |
| v. | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| ooSHIRTS, INC. doing business | ) | |
| as www.teechip.com, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff Andy Thomas, by and through the undersigned counsel, hereby moves the Court to enforce the settlement agreement entered by Plaintiff and Defendant ooShirts, Inc. ("Defendant ooShirts"). Defendant ooShirts has engaged in dilatory tactics resulting in this action continuing for weeks longer than necessary. Plaintiff seeks the enforcement of the settlement agreement, agreed by the parties on ▓▓▓▓▓▓▓▓▓▓▓▓

WHEREFORE, Plaintiff requests an order from the Court enforcing the settlement agreement of ▓▓▓▓▓▓▓▓▓▓▓▓, his costs, his attorney's fees, and all further relief the Court deems just and proper.

Respectfully submitted,

/s/ Oliver Maguire
Oliver P. Maguire, *admitted pro hac vice*
KNIGHT NICASTRO MACKAY LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: 816-708-0322
Facsimile: 816-396-6233
Email: maguire@knightnicastro.com

and

Sean J. Quinn
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6555
Facsimile: 312-360-6520
Email: squinn@freeborn.com
**ATTORNEYS FOR PLAINTIFF**
**ANDY THOMAS**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 22nd day of July 2022 a copy of the foregoing motion was filed using the Court's CM/ECF system, which automatically sends notice to all counsel of record.

/s/ Oliver Maguire
Counsel for Plaintiff