IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW "ANDY" THOMAS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO.: 1:21-cv-2519-TWP-MJD |
| | ) | Judge Tanya Walton Pratt |
| v. | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| ooSHIRTS, INC. doing business | ) | |
| as www.teechip.com, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**BRIEF IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Pursuant to Local Rule 5-11(d)(1), Plaintiff Andrew Thomas, by and through the undersigned counsel, hereby identifies the person filing the document.

Oliver P. Maguire, *admitted pro hac vice*
KNIGHT NICASTRO MACKAY LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: 816-708-0322
Facsimile: 816-396-6233
Email: maguire@knightnicastro.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW "ANDY" THOMAS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO.: 1:21-cv-2519-TWP-MJD |
| | ) | Judge Tanya Walton Pratt |
| v. | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| ooSHIRTS, INC. doing business | ) | |
| as www.teechip.com, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**BRIEF IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Pursuant to Local Rule 7-1, Plaintiff Andy Thomas ("Plaintiff"), by and through the undersigned counsel, hereby submits this Brief in Support of Motion to Enforce Settlement Agreement. In support of the Motion, Plaintiff states to the Court:

**I.     INTRODUCTION**

[Redacted]



[page content fully redacted]

███████████████████████████████████████████

██████████████████████████████

　　███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████

　　███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████

　　███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███
    ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████
    ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████

    ███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

    ███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████

    ████████████████████

    ███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████





██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████



Respectfully submitted,

/s/ Oliver Maguire
Oliver P. Maguire, *admitted pro hac vice*
KNIGHT NICASTRO MACKAY LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: 816-708-0322
Facsimile: 816-708-0322
Email: maguire@knightnicastro.com

and

Sean J. Quinn
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6555
Facsimile: 312-360-6520
Email: squinn@freeborn.com
**ATTORNEYS FOR PLAINTIFF
ANDY THOMAS**

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 22nd day of July, a copy of the foregoing motion was filed using the Court's CM/ECF system, which automatically sends notice to all counsel of record.

/s/ Oliver Maguire
Counsel for Plaintiff