IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW "ANDY" THOMAS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO.: 1:21-cv-2519-TWP-MJD |
| | ) | Judge Tanya Walton Pratt |
| v. | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| ooSHIRTS, INC. doing business | ) | |
| as www.teechip.com, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5-11(d)(1), Plaintiff Andy Thomas, by and through the undersigned counsel, hereby moves the Court for an order to maintain documents under seal. Contemporaneous with this motion, Plaintiff files his Motion to Enforce Settlement Agreement, Brief in Support of Plaintiff's Motion to Enforce Settlement Agreement, and exhibits. Plaintiff and Defendant ooShirts formed a settlement agreement to conclude this matter on May 19, 2022. The terms of this settlement agreement include confidentiality provisions, which Plaintiff seeks to maintain by filing the above listed documents under seal.

WHEREFORE, Plaintiff requests an order from the Court maintaining documents under seal, and all further relief the Court deems just and proper.

Respectfully submitted,

/s/ Oliver Maguire
Oliver P. Maguire, *admitted pro hac vice*
KNIGHT NICASTRO MACKAY LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: 816-708-0322
Facsimile: 816-396-6233
Email: maguire@knightnicastro.com

and

Sean J. Quinn
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6555
Facsimile: 312-360-6520
Email: squinn@freeborn.com
**ATTORNEYS FOR PLAINTIFF
ANDY THOMAS**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 22nd day of July 2022 a copy of the foregoing motion was filed using the Court's CM/ECF system, which automatically sends notice to all counsel of record.

/s/ Oliver Maguire
Counsel for Plaintiff