UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW THOMAS<br>  a/k/a ANDY,<br><br>                Plaintiff,<br><br>         v.<br><br>OOSHIRTS, INC.<br>  d/b/a WWW.TEECHIP.COM<br>  d/b/a WWW.TEETALK.GIFT, et al.,<br><br>                Defendants. | No. 1:21-cv-02519-TWP-MJD |

**MINUTE ENTRY FOR AUGUST 9, 2022**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a Status Conference. The Court and parties discussed the status of the matter, as well as the possibility of scheduling a settlement conference. The parties were ordered to contact the Magistrate Judge's chambers if they wish to schedule a settlement conference. The conference concluded without further order.

Dated:  9 AUG 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.