UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02519-TWP-MJD |
| | ) | |
| OOSHIRTS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER STRIKING STIPULATED PROTECTIVE ORDER**

On August 9, 2022, the parties filed a submission of a uniform "Stipulated Protective Order." [Dkt. 32.] Fed. R. Civ. P. 26(c) states: "A party or any person from whom discovery is sought may move for a protective order. . . ." (emphasis added). The Court acts on motions, not proposed orders. Docket No. 32 is, therefore, **STRICKEN**. If the parties seek a protective order, they should have properly filed a motion requesting such relief with the parties' proposed protective order attached as an exhibit to the motion.

SO ORDERED.

Dated:   10 AUG 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.