UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02519-TWP-MJD |
| | ) | |
| OOSHIRTS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**
**TELEPHONIC PRETRIAL CONFERENCE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a telephonic pretrial conference on **Tuesday, September 27, 2022 at 2:00 p.m. (Eastern)**. The purpose of the conference is to discuss the further development of this action, as well as to schedule a settlement conference. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 20 SEP 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.