UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW THOMAS<br>  a/k/a ANDY,<br><br>            Plaintiff,<br><br>            v.<br><br>OOSHIRTS, INC.<br>  d/b/a WWW.TEECHIP.COM<br>  d/b/a WWW.TEETALK.GIFT, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:21-cv-02519-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MINUTE ENTRY FOR OCTOBER 19, 2022**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery, as well as the parties' readiness for the upcoming settlement conference.

Dated: 19 OCT 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.