UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW THOMAS<br>a/k/a ANDY,<br><br>Plaintiff,<br><br>v.<br><br>OOSHIRTS, INC.<br>d/b/a WWW.TEECHIP.COM<br>d/b/a WWW.TEETALK.GIFT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:21-cv-02519-TWP-MJD |

**MINUTE ENTRY FOR NOVEMBER 16, 2022**
**SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved.

This matter is scheduled for a telephonic status conference on **Thursday, December 15, 2022 at 3:30 p.m. (Eastern)** to discuss case status, as well as the parties' Joint Report on the Status of Discovery, which is due December 12, 2022. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  18 NOV 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.